# United States Court of Appeals
### For the Eighth Circuit

_____

No. 14-1432
_____

Troy Redd

*Plaintiff - Appellant*

v.

Dustin Lutgen; Mary Dick; Cornell Smith; John Baldwin; Taha Tawil

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Northern District of Iowa - Ft. Dodge

_____

Submitted: September 26, 2014
Filed: October 3, 2014
[Unpublished]

_____

Before COLLOTON, BOWMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Troy Redd appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action asserting that several Iowa officials (defendants) violated his right to practice his religion. Upon careful de novo review, we conclude that Redd failed to demonstrate a genuine issue of material fact regarding whether defendants had placed a substantial burden on his ability to practice his religion, and that summary judgment in favor of defendants was thus proper. See Patel v. United States Bureau of Prisons, 515 F.3d 807, 812-13 (8th Cir. 2008) (standard of review; for claims under First Amendment and Religious Land Use and Institutionalized Persons Act, threshold inquiry is whether prisoner has raised material question of fact regarding whether government placed substantial burden on his ability to practice his religion; nonmoving party must present more than scintilla of evidence and must advance specific facts to create genuine issue of material fact for trial).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____

---

[1]The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa, adopting the report and recommendations of the Honorable Leonard T. Strand, United States Magistrate Judge for the Northern District of Iowa.